Piano Bar, Incorporated, Liquor License Case.

Argued June 20, 1967. *Joseph Patrick Gorham,* for appellant; *J. Leonard Langan,* Assistant Attorney General, with him *James Iannucci* and *I. Harry Checchio,* Special Assistant Attorneys General, *Thomas J. Shannon,* Assistant Attorney General, and *William C. Sennett,* Attorney General, for Pennsylvania Liquor Control Board, appellee.

Order affirmed.

August 7, 1967

Ackerson *v.* Guglielmini, Appellant.

Argued June 14, 1967. *Robertson B. Taylor,* with him *Robert H. Holland,* and *Kolb, Holland, Antonelli & Heffner,* for appellant; *John P. Thomas,* with him *Walker, Walker & Thomas,* for appellee, submitted a brief.

Order affirmed.